UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROCKY MOUNT FAMILY YMCA, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:20-CV-623-FL |
| UNITED STATES FIRE INSURANCE | ) | |
| COMPANY, and | ) | |
| THE REDWOODS GROUP, INC., | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand this action to state court.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 1, 2021, more particularly described therein, that the captioned action be and hereby is remanded to Nash County Superior Court.

**This Judgment Filed and Entered on April 1, 2021, and Copies To:**
Timothy W. Wilson / Dylan J. Castellino / Joseph P. Tunstall, III (via CM/ECF Notice of Electronic Notification)
Stephen Kyle Pytlik / Jeffrey D. Keister (via CM/ECF Notice of Electronic Notification)
The Honorable Linda Thorne (via U.S. Mail at Nash County Clerk of Superior Court, P. O. Box 759, Nashville, NC 27856)

| | |
|---|---|
| April 1, 2021 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |